CARL M. FALLER, SBN 70788
FALLER LAW FIRM
P.O. BOX 912
FRESNO, CALIFORNIA 93714
PHONE (559) 226-1534
FAX (559) 412-4746

ATTORNEY FOR Defendant
TARLOCHAN LASHER

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TARLOCHAN LASHER,<br><br>Defendant. | CASE NO.: 1:07-CR-00264 AWI<br><br>REQUEST TO EXONERATE BOND WITH ORDER |

Defendant, TARLOCHAN LASHER, by and through his attorney of record, Carl M. Faller, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deed returned.

1. Kulwinder S. Lally and Kuldeep K. Lally, Deed No. 2009-0042419 – Docket #117 (filed December 21, 2009).

This request is based upon the fact that the Defendant, TARLOCHAN LASHER, surrendered to the custody of the Bureau of Prisons on August 1, 2011.

Respectfully submitted,

DATED: October 2, 2012      By: /s/ Carl M. Faller
                                 CARL M. FALLER
                                 Attorney for TARLOCHAN LASHER

1
REQUEST TO EXONERATE BOND

**ORDER**

IT IS HEREBY ORDERED that the property bonds posted in the above entitled matter be exonerated and returned to the designated parties.

IT IS SO ORDERED.

Dated: November 14, 2012

_____
UNITED STATES DISTRICT JUDGE