**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant, JASWINDER LASHER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 07-CR-00264-AWI-3 |
|---|---|
| Plaintiff, | **APPLICATION FOR ORDER FOR EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |
| vs. | |
| JASWINDER LASHER, | |
| Defendant. | |

Defendant, JASWINDER LASHER, through counsel, Roger T. Nuttall, NUTTALL & COLEMAN, hereby moves the Court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

On October 17, 2007, the Magistrate Court ordered JASWINDER LASHER released from custody under conditions of pre-trial services supervision and a $500,000.00 real property bond. A real property bond and Straight Note by Mangal S. Bhandal and Sukhwinder K. Bhandal were accepted by the court on October 19, 2007. The Deed of Trust with Assignment of Rents was recorded

///

on October 18, 2007, with the Santa Cruz County Recorder under No. 2007-0054472.

On March 21, 2011, JASWINDER LASHER was dismissed from the case.

As this matter has been dismissed against JASWINDER LASHER, he requests that the Court exonerate the bond previously set by the Magistrate Court and reconvey title to the real property securing said bond.

Dated: July 10, 2013.    Respectfully submitted,

NUTTALL & COLEMAN


By /s/ ROGER T. NUTTALL
ROGER T. NUTTALL
Attorneys for Defendant,
JASWINDER LASHER

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the property bond posted and secured by Mangal S. Bhandal and Sukhwinder K. Bhandal, *and recorded on October 18, 2007 with the Santa Cruz County Recorder under No. 2007-0054472*, be exonerated.

IT IS SO ORDERED.

Dated: July 11, 2013

SENIOR DISTRICT JUDGE